IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAROLYN THOMPSON, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. H-12-922 |
| DIVERSIFIED ADJUSTMENT SERVICE, INC., | § |
| Defendant. | § |

## ORDER

The Motion for Additional Enlargement of Time to Extend Mediation Deadline or Alternatively to Excuse Parties from Mediation Requirement filed by defendant, Diversified Adjustment Service, Inc., is granted. (Docket Entry No. 21). The parties are excused from mediation pending the rulings on the summary judgment motions.

SIGNED on December 21, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge