IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAROLYN THOMPSON,<br>    *Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 4:12-cv-00922 |
| DIVERSIFIED ADJUSTMENT<br>SERVICE, INC.,<br>    *Defendant*. | §<br>§<br>§<br>§<br>§ | |

### NOTICE OF SETTLEMENT AND REQUEST TO VACATE HEARING

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction. As all issues have been resolved, the parties respectfully request that the upcoming status hearing be vacated.

The parties hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement, during which time the parties request that the Court retain jurisdiction over this matter until fully resolved.

Should neither party move to reinstate the case or seek other Court intervention in the next sixty (60) days, the parties request the Court to dismiss this case with prejudice at that time.

Dated: August 30, 2013                     Respectfully submitted,

                                           By:  s/Joseph Panvini
                                           Joseph Panvini
                                           Southern District Bar No. 1572837
                                           Weisberg and Meyers, LLC
                                           5025 N. Central Ave., #602
                                           Phoenix, AZ 85012
                                           Telephone:   (888) 595-9111 ext. 125
                                           Facsimile:   (866) 565-1327
                                           jpanvini@attorneysforconsumers.com

Attorney for Plaintiff, Carolyn Thompson

## **CERTIFICATE OF SERVICE**

     I certify that on August 30, 2013, I filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division, using the Court's CM/ECF system which caused notice of this filing to be served upon all counsel of record identified below.

     Keith Wier
     Bush & Ramirez, LLC
     5615 Kirby Drive, Suite 900
     Houston, Texas 77005

                         s/Joseph Panvini
                         Joseph Panvini